Amanda F. Benedict, Esq. (Cal Bar: 200291)
amanda@amandabenedict.com
Law Office of Amanada Benedict
7710 Hazard Center Drive, Suite E104
San Diego, California 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560

Attorney for Plaintiff
Richard Cooks

Tony K Kim
tonykim@kpcylaw.com
Kim Park Choi and Yi
3435 Wishire Boulevard Suite 2150
Los Angeles, CA 90010
Telephone: (213) 252-9669
Facsimile: (213) 252-9656

Attorneys for Defendant
Nature Republic International, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Cooks, on behalf of himself and all others similarly situated,<br><br>Against<br><br><br>Nature Republic International, LLC<br><br><br><br>Defendant | Case No.: 2:20-cv-1110<br><br>**The Hon. Fernando M. Olguin**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NATURE REPUBLIC INTERNATIONAL, LLC**<br><br>[Filed concurrently with (Proposed Order)]<br><br>Complaint Filed: 2/3/20 |

IT IS HEREBY STIPULATED by and between Plaintiff Richard Cooks ("Plaintiff") and Defendant Nature Republic International, LLC ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED: May 20, 2020          LAW OFFICE OF AMANDA BENEDICT

                                                  By:   */s/Amanda Benedict*
                                                         Amanda Benedict
                                                         Attorneys for Plaintiff
                                                         Richard Cooks

DATED: May 20, 2020          Kim Park Choi and Yi

                                                  By:   */s/ Tony Kim*
                                                         Tony Kim
                                                         Attorneys for Defendant
                                                         Nature Republic International, LLC