JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COOKS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURE REPUBLIC INTERNATIONAL, LLC,<br><br>Defendants. | Case No. CV 20-1110 FMO (PVCx)<br><br>**ORDER DISMISSING ACTION** |

    The court has received and reviewed the parties' Joint Stipulation of Dismissal with Prejudice as to Nature Republic International, LLC ,(Dkt. 15, "Stipulation"), in which the parties stipulate that the "action, including all parties and claims" is "dismissed with prejudice" pursuant to Rule 41(a)(1)(A)(ii). (Id.).  However, this is a putative class action, and the class claims cannot be dismissed with prejudice at this juncture.  Having reviewed the case file and determined that no prejudice to the putative class will result from dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class claims.

Dated this 28th day of May, 2020.

                                                                                /s/<br>
                                                     Fernando M. Olguin<br>
                                            United States District Judge